**MCCOOK METAL, L.L.C., Plaintiff–Appellant,**

v.

**ALCOA INC., Defendant–Appellee,**

and

**Reynolds Metals Company, Party in Interest–Appellee.**

No. 01–1398.

United States Court of Appeals, Federal Circuit.

DECIDED: Aug. 10, 2001.

ORDER

McCook Metals, L.L.C. moves to voluntarily dismiss its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.